IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TRAVIS L. WATSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:19CV1043 |
| JOHN DOE #1, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 5, 2020, was served on the parties in this action. (ECF Nos. 4, 5.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 6.) The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted as to Defendants John Doe #2, John Doe #3, Michelle Vasileeso, and Captain J.L. Rollins.

IT IS FURTHER ORDERED that all claims not dismissed are transferred to the United States District Court for the Eastern District of North Carolina for all further appropriate proceedings

This, the 2nd day of April 2020.

/s/ Loretta C. Biggs
United States District Judge